**IT IS SO ORDERED.**

*s/Pamela A. Barker*
**PAMELA A. BARKER,**
**U.S. DISTRICT JUDGE**

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **MANTUA MANUFACTURING COMPANY**, ) <br> 31050 Diamond Parkway ) <br> Glenwillow, Ohio 44139 ) <br>  ) <br> Plaintiff, ) <br> v. ) <br>  ) <br> **CASPER SLEEP, INC.**, ) <br> 3 World Trade Center, 39th Floor ) <br> 175 Greenwich Street, New York 10007 ) <br>  ) <br> Defendant. ) | Case No. 1:21-cv-02376 <br><br> Judge Pamela A. Barker <br><br><br><br><br><br> **NOTICE OF VOLUNTARY DISMISSAL** <br> **WITH PREJUDICE** |

Pursuant to Civil Rule 41(a)(1)(A)(i), Plaintiff, Mantua Manufacturing Company ("Plaintiff"), by and through undersigned counsel, hereby gives notice of its voluntary dismissal of this case with prejudice. Defendant has not answered the complaint or moved for summary judgment.

Respectfully submitted,

/s/ Dominic A. Frisina

Dominic A. Frisina (Ohio Bar No. 0078599)
Buckingham, Doolittle & Burroughs, LLC
1375 East 9th Street, Suite 1700
Cleveland, Ohio 44114
P: (216)736-4239
dfrisina@bdblaw.com
*Attorney for Plaintiff*

PROOF OF SERVICE

I hereby certify that a true and correct copy of the foregoing Notice of Voluntary Dismissal was served by certified mail on March 9, 2022 on all parties of record listed below with a courtesy copy via email.

David Gosling
CASPER SLEEP, INC.
3 World Trade Center, 39th Floor
175 Greenwich Street, New York 10007
david.gosling@casper.com

/s/ Dominic A. Frisina
Dominic A. Frisina